No. 87–6518.   POWELL v. NORTH CAROLINA.   Sup. Ct. N. C. Certiorari denied.

No. 87–6553.   McGANN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 87–6558.   JOHNSON v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 87–6624.   McCASLIN v. PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 87–6653.   SCRIBNER v. WARREN.   C. A. 5th Cir.   Certiorari denied.

No. 87–6656.   WEBB v. OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 87–6690.   HEIRENS v. MIZELL, WARDEN.   Sup. Ct. Ill. Certiorari denied.

No. 87–6698.   BURNETT v. MARTIN, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 87–6712.   PARKER v. SMITH ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–6716.   DEMPSEY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 87–6723.   SULLIVAN v. FREEMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER AT CAMP HILL, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 87–6724.   LOUDERMILK v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 87–6730.   HART v. UNITED STATES.   Ct. Mil. App.   Certiorari denied.

No. 87–6735.   HICKS v. DARNALL.   C. A. 2d Cir.   Certiorari denied.